UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ALCY JOSEPH, JR.<br>LA. DOC. #207031 | DOCKET NO. 10-CV-1476; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| RICHARD SPINNER | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED** and **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B) and 42 U.S.C. §1997e(e).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 27th day of January, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE